# UNITED STATES DISTRICT COURT

*District of Arizona*

*In the Matter of the Search of:*
**SUBJECT PARCEL NO. 2**: One USPS Priority Mail box bearing USPS tracking number 9505 5120 3042 1180 6257 39, addressed to "Daniel Demauro, 1440 Patrician Dr., Lake Havasu City, AZ 96404, U.S." with a return address of "Josh Beach, 4062 E Olney Ct., Gilbert, AZ 85234, U.S." It is a white cardboard box with a USPS Priority Mail 2-Day label measuring approximately 12 1/4" x 2 7/8" x 13 11/16"; weighing approximately 1 pound, 8.9 ounces; postmarked June 29, 2021; and bearing $8.85 in postage.

**SEARCH WARRANT**

Case Number: 21-195 MB

TO: ANTOINE MARTEL and any Authorized Officer of the United States
Affidavit having been made before me by Affiant, Antoine Martel, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL NO. 2**: One USPS Priority Mail box bearing USPS tracking number 9505 5120 3042 1180 6257 39, addressed to "Daniel Demauro, 1440 Patrician Dr., Lake Havasu City, AZ 96404, U.S." with a return address of "Josh Beach, 4062 E Olney Ct., Gilbert, AZ 85234, U.S." It is a white cardboard box with a USPS Priority Mail 2-Day label measuring approximately 12 1/4" x 2 7/8" x 13 11/16"; weighing approximately 1 pound, 8.9 ounces; postmarked June 29, 2021; and bearing $8.85 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b), and 846, AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above-described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before July 26, 2021 (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

July 12, 2021 @ 9:15 AM at Phoenix, Arizona
Date and Time Issued — City and State

HONORABLE MICHELLE H. BURNS
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

[signature]
Signature of Judicial Officer

# *UNITED STATES DISTRICT COURT*

*District of Arizona*

*In the Matter of the Search of:*
**SUBJECT PARCEL NO. 2**: One USPS Priority Mail box bearing USPS tracking number 9505 5120 3042 1180 6257 39, addressed to "Daniel Demauro, 1440 Patrician Dr., Lake Havasu City, AZ 96404, U.S." with a return address of "Josh Beach, 4062 E Olney Ct., Gilbert, AZ 85234, U.S." It is a white cardboard box with a USPS Priority Mail 2-Day label measuring approximately 12 1/4" x 2 7/8" x 13 11/16"; weighing approximately 1 pound, 8.9 ounces; postmarked June 29, 2021; and bearing $8.85 in postage.

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

Case Number: 21-195MB

I, ANTOINE MARTEL, being duly sworn, depose and state as follows:

I am a UNITED STATES POSTAL INSPECTOR and have reason to believe that on the premises known as:

**SUBJECT PARCEL NO. 2**: One USPS Priority Mail box bearing USPS tracking number 9505 5120 3042 1180 6257 39, addressed to "Daniel Demauro, 1440 Patrician Dr., Lake Havasu City, AZ 96404, U.S." with a return address of "Josh Beach, 4062 E Olney Ct., Gilbert, AZ 85234, U.S." It is a white cardboard box with a USPS Priority Mail 2-Day label measuring approximately 12 1/4" x 2 7/8" x 13 11/16"; weighing approximately 1 pound, 8.9 ounces; postmarked June 29, 2021; and bearing $8.85 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, which is CONTRABAND, THE FRUITS OF CRIME, OR THINGS OTHERWISE CRIMINALLY POSSESSED,

in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846. The facts to support the issuance of a Search Warrant are as follows:

SEE ATTACHED AFFIDAVIT OF ANTOINE MARTEL, WHICH IS MADE A PART HEREOF.

Authorized by AUSA Jacqueline Schesnol
JACQUELINE SCHESNOL Digitally signed by JACQUELINE SCHESNOL Date: 2021.07.09 15:36:04 -07'00'

Sworn to me telephonically, and subscribed electronically

Antoine Martel Digitally signed by Antoine Martel Date: 2021.07.09 15:46:40 -07'00'
Signature of Affiant – ANTOINE MARTEL

July 12, 2021
Date

at Phoenix, Arizona
City and State

HONORABLE MICHELLE H. BURNS
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

[signature]
Signature of Judicial Officer

**AFFIDAVIT AND STATEMENT OF PROBABLE CAUSE**

I, Antoine Martel, being duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector and have been so employed since February 2019. I have completed a 14-week basic training course in Potomac, Maryland, which included training in the investigation of narcotics trafficking via the United States Mail, as well as the 40-hour Advanced Contraband Interdiction and Investigation course. I am currently assigned to the Phoenix Division, specifically to the Contraband Interdiction and Investigations (CI2) team in Arizona, which is responsible for investigating narcotics violations involving the United States Mail. My responsibilities include the detection and prevention of the transportation of controlled substances through the U.S. Mail. Part of my training as a Postal Inspector included narcotics investigative techniques, chemical field-testing, and training in the identification and detection of controlled substances being transported in the U.S. Mail.

2. I have assisted on narcotics investigations of individuals for violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance), and 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance). The facts and information contained in this Affidavit are based on my training and experience, or that of other Postal Inspectors and law enforcement officers involved in this investigation as described below.

3. This Affidavit is made in support of an application of search warrants for four United States Postal Service (USPS) Priority Mail parcels (hereafter, referred to as

the "**SUBJECT PARCELS**"). Based on a positive alert by a narcotics-detecting canine, I believe the four **SUBJECT PARCELS** contain controlled substance(s) or proceeds from the sale of controlled substances. However, because the purpose of this affidavit is to establish probable cause for the issuance of a search warrant, this affidavit does not contain all my knowledge regarding the **SUBJECT PARCELS**.

4. The **SUBJECT PARCELS** are further described as follows:

   a. **SUBJECT PARCEL NO. 1**: One USPS Priority Mail box bearing USPS tracking number 9505 5120 3042 1180 6257 22, addressed to "Karsten Morris, 3558 N Tarpon Dr., Lake Havasu City, AZ 86406, U.S" with a return address of "Josh Beach, 4062 E Olney Ct., Gilbert, AZ 85234, U.S." It is a white cardboard box with a USPS Priority Mail 2-Day label measuring approximately 12 1/4" x 2 7/8" x 13 11/16"; weighing approximately 13.1 ounces; postmarked June 29, 2021; and bearing $8.10 in postage, (hereinafter **SUBJECT PARCEL NO. 1**).

   b. **SUBJECT PARCEL NO. 2**: One USPS Priority Mail box bearing USPS tracking number 9505 5120 3042 1180 6257 39, addressed to "Daniel Demauro, 1440 Patrician Dr., Lake Havasu City, AZ 96404, U.S." with a return address of "Josh Beach, 4062 E Olney Ct., Gilbert, AZ 85234, U.S." It is a white cardboard box with a USPS Priority Mail 2-Day label measuring approximately 12 1/4" x 2 7/8" x 13 11/16"; weighing approximately 1 pound, 8.9 ounces; postmarked June 29, 2021; and bearing $8.85 in postage, (hereinafter **SUBJECT PARCEL NO. 2**).

c. **SUBJECT PARCEL NO. 3**: One USPS Priority Mail box bearing USPS tracking number 9505 5120 3042 1180 6257 46, addressed to "Daniel Demauro, 1440 Patrician Dr., Lake Havasu City, AZ 96404, U.S." with a return address of "Josh Beach, 4062 E Olney Ct., Gilbert, AZ 85234, U.S." It is a white cardboard box with a USPS Priority Mail 2-Day label measuring approximately 12 1/4" x 2 7/8" x 13 11/16"; weighing approximately 1 pound, 8.7 ounces; postmarked June 29, 2021; and bearing $8.85 in postage, (hereinafter **SUBJECT PARCEL NO. 3**).

d. **SUBJECT PARCEL NO. 4**: One USPS Priority Mail box bearing USPS tracking number 9505 5125 9474 1180 1523 81, addressed to "Angel Perea, 900 S Santa Fe St #6, Deming, NM 88030." with a return address of "9619 E Empress Ave, Mesa, AZ 85208" It is a brown cardboard box with a USPS Priority Mail 3-Day label measuring approximately 16" x 16" x 10"; weighing approximately 4 pounds, 12.6 ounces; postmarked June 29, 2021; and bearing $31.50 in postage, (hereinafter **SUBJECT PARCEL NO. 4**).

**BACKGROUND**

5. From my training and experience, as well as the training and experience of other Postal Inspectors, I am aware that the USPS mail system is frequently used to transport controlled substances and/or proceeds from the sale of controlled substances to areas throughout the United States. I also know that drug traffickers prefer mail/delivery services such as Priority Mail Express and Priority Mail because of their reliability and the ability to track the article's progress to the intended delivery point.

6. Based on my training and experience regarding Priority Mail Express operations, I am aware that the Priority Mail Express service was designed primarily to fit the needs of businesses by providing overnight delivery for time-sensitive materials. Moreover, based on my training and experience, I am aware that business mailings often: (a) contain typewritten labels; (b) are addressed to and/or from a business; (c) are contained within flat cardboard mailers; and (c) weigh less than eight ounces. In addition, corporate charge accounts were developed by the United States Postal Service to avoid time-consuming cash payments by businesses for business mailings.

7. Based on my training and experience, I am aware that the Priority Mail service was created as a less expensive alternative to Priority Mail Express overnight delivery, but designed to provide quicker, more reliable service than standard First Class Mail. Whereas a customer mailing an article via Priority Mail Express expects next-day service, a customer who mails an article via Priority Mail can expect two-to-three-day delivery service. The USPS also provides a tracking service, which allows the customer to track the parcel and confirm delivery though a USPS tracking number.

8. Based on my training and experience regarding Priority Mail operations, I am aware that the majority of Priority Mail mailings are business mailings. Businesses have found that Priority Mail is a significantly less expensive method of mailing than Priority Mail Express, particularly when next-day service is not a requirement. I also know that, similar to Priority Mail Express, Priority Mail business mailings tend to be smaller, lighter mailings, and on average, weigh less than two pounds. Examples of the typical

types of business mailings conducted via Priority Mail include books, clothing, pharmaceuticals, and consumer goods purchased from online retailers.

9. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances, I am aware that the State of Arizona is a source location for controlled substances based on its close proximity to the border between the United States and Mexico. As such, controlled substances are frequently transported from Arizona via USPS, and proceeds from the sale of controlled substances are frequently returned to Arizona via USPS.

10. Based on my training and experience regarding the use of Priority Mail Express and Priority Mail to transport controlled substances and/or the proceeds from the sale of controlled substances, I am aware these parcels usually contain some or all of the following characteristics:

    a. The parcel contains a label with handwritten address information and is addressed from one individual to another individual;

    b. The handwritten label on the parcel does not contain a business account number, thereby indicating that the sender likely paid cash;

    c. The parcel is heavier than the typical mailing, often weighing more than eight ounces for Priority Mail Express, and two pounds for Priority Mail; and

    d. The parcel either: (a) was destined for an area known to be a frequent destination point for controlled substances, having been mailed from an area known to be a source area for controlled substances; or (b) originated from an area

known to be a frequent origination point for proceeds from the sale of controlled substances, having been mailed to an area known to be a destination area for proceeds from the sale of controlled substances

11. Priority Mail Express and Priority Mail parcels found to meet any or all of the characteristics described above are often further scrutinized by Postal Inspectors through address verifications and an examination by a trained narcotics-detecting canine

**RELEVANT FACTS PERTAINING TO THE SUBJECT PARCELS**

12. In April of 2021, Postal Inspector McClamrock (who has been employed as a Postal Inspector since August 2015 and has completed the same twelve-week basic training course as your affiant) began an investigation into a drug trafficking organization (DTO) utilizing the US Mail to move bulk amounts of marijuana and mushrooms from Arizona to states known to be destination points for controlled substances, including Illinois, Virginia, Missouri, Nebraska, Kansas, and Idaho while receiving parcels of bulk cash to Arizona from states known to be origination points for proceeds from the sale of controlled substances, to include Florida.

13. Through a search of Postal database records, Inspector McClamrock identified several Phoenix-area addresses and suspicious parcels sent to those addresses, utilizing return addresses for fictitious companies.

14. During the course of the investigation, Inspector McClamrock seized two parcels sent to Arizona and obtained search warrants (federal search warrants 21-5068MB and 21-9135MB) found to contain $20,000.00 and $30,050.00 in US currency, respectively.

15. Inspector McClamrock identified two suspects, Tayden Bolton and Matthew Maddigan, associated to the Phoenix-area addresses where the seized money parcels described above had been sent. Inspector McClamrock learned Buckeye Police Department Detective E. Calderon had an open investigation on Tayden Bolton and Matthew Maddigan.

16. On June 30, 2021, investigators contacted Tayden Bolton and Matthew Maddigan at their apartment complex, in Tempe, Arizona. A search of Tayden Bolton's vehicle revealed two USPS receipts for four different USPS parcels bearing tracking numbers matching the four **SUBJECT PARCELS**, which had been mailed on June 29, 2021. Inspector McClamrock confirmed all four of the **SUBJECT PARCELS** were still currently in the mail stream and had not been delivered. Investigators then contacted the delivery post offices for the **SUBJECT PARCELS** and requested the parcels be returned to Inspector McClamrock for further investigation.

17. On July 7, 2021, your Affiant received the **SUBJECT PARCELS** at the USPIS Rio Salado Domicile in Phoenix, Arizona.

18. Upon physical examination of the **SUBJECT PARCELS**, the four **SUBJECT PARCELS** met some of the characteristics listed in Paragraph 10 above. Specifically, a) **SUBJECT PARCELS NO. 1-3** bear handwritten label information addressed from one individual to another individual, while **SUBJECT PARCEL NO. 4** is addressed to an individual but does not list a name or business for the return address b) **SUBJECT PARCEL NO. 4** weighs approximately 4 pounds and 12.6 ounces, and c) the postage charge for the **SUBJECT PARCELS** had been paid in cash.

19. A database query was conducted regarding the names and addresses for the **SUBJECT PARCELS** in Consolidated Lead Evaluation and Reporting (CLEAR), a law enforcement database accessible to your Affiant. CLEAR associates addresses and telephone numbers to individuals and business entities. The CLEAR database is created from credit reports, law enforcement reports, utility records, and other public records.

20. Through the CLEAR database query, investigators learned the delivery address for **SUBJECT PARCEL NO. 1** is an existing, deliverable address, but the addressee, Karsten Morris, is not associated with the address, 3558 N Tarpon Dr., Lake Havasu City, AZ 86406. The same database query inquiry revealed that the return address for **SUBJECT PARCEL NO. 1** is an existing, deliverable address, and the name listed on the return address, Josh Beach, is associated with the address, 4062 E Olney Ct., Gilbert, AZ 85234. Although the return address is listed as 85234 (Gilbert, Arizona), the parcel was mailed out of 85257 (Scottsdale, Arizona), which is unusual. Additionally, the receipt for the parcel was found in the vehicle belonging to Tayden Bolton, not Josh Beach.

21. Through the CLEAR database query, investigators learned the delivery address for **SUBJECT PARCELS NO. 2** and **3** is an existing, deliverable address, and the addressee, Daniel Demauro, is associated with the address, 1440 Patrician Dr., Lake Havasu City, AZ 96404. Research revealed Daniel Demauro has a criminal record in Arizona, including DUI charges for both liquor and liquor/drugs/vapor. The same database query inquiry revealed that the return address for **SUBJECT PARCELS NO. 3** and **NO. 3** are existing, deliverable addresses, and the name listed on those return

addresses is Josh Beach. Beach is associated with the address, 4062 E Olney Ct., Gilbert, AZ 85234. Although the return address is listed as 85234 (Gilbert, Arizona), the parcel was mailed out of 85257 (Scottsdale, Arizona), which is unusual. Additionally, the receipt for the parcel was found in the vehicle belonging to Tayden Bolton, not Josh Beach.

22. Through the CLEAR database query, investigators learned the delivery address for **SUBJECT PARCEL NO. 4** is an existing, deliverable address, but the addressee, Angel Perea, is not associated with the address, 900 S Santa Fe St #6, Deming, NM 88030. The same database query inquiry revealed that the return address for **SUBJECT PARCEL NO. 4** is an existing, deliverable address, but there was no name listed on the return address, 9619 E Empress Ave, Mesa, AZ 85208. Suspiciously, the receipt for the parcel was found in the vehicle belonging to Tayden Bolton, who is not associated to the return address, along with another receipt for parcels mailed by "Josh Beach" on the same day.

23. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors who specialize in investigations relating to the mailing of controlled substances, I know it is common for drug traffickers to intentionally leave off the sender's name and/or the return address, use names not associated with an address, utilize fictitious names and addresses, and utilize the names and addresses of unsuspecting individuals to evade detection by law enforcement.

## CANINE EXAMINATION OF THE SUBJECT PARCELS

24. On July 7, 2021, the four **SUBJECT PARCELS** were separated and individually inspected by Mesa Detective/Canine Handler Dawn Haynes and her narcotic-detecting canine "Nicole" in Phoenix, Arizona. Detective Haynes advised that "Nicole" gave a positive alerts by lying down next to the individual parcels at the following times: **SUBJECT PARCEL NO. 1** at approximately 12:28 PM, **SUBJECT PARCEL NO. 2** at approximately 12:28 PM, **SUBJECT PARCEL NO. 3** at approximately 12:30 PM, and **SUBJECT PARCEL NO. 4** at approximately 12:29 PM.

25. Detective Haynes described that, when "Nicole" lays down next to an item as she did, "Nicole" is exhibiting a "passive" alert that she has been trained to give. Detective Haynes stated the "passive" alert given by "Nicole" indicates the presence within a parcel of narcotics or a controlled substance, or currency, notes, documents, or evidence bearing the presence of the odors of heroin, cocaine, marijuana, and/or methamphetamine.

26. Detective Haynes advised she is a Mesa Police Department Detective currently assigned to the handling and care of Mesa Police Department canine "Nicole." Detective Haynes has been a police officer with Mesa Police for 19 years. "Nicole" is a three-year-old Belgian Malinois, who has been working drugs/narcotics detection for the Mesa Police Department since February 2020. "Nicole" and Detective Haynes currently hold a National Certification in drugs/narcotics detection by the National Police Canine Association (NPCA). Nicole was most recently NPCA certified on March 3, 2021 and is currently certified for one calendar year. Detective Haynes' certifications also include

the completion of a canine certification course put on Alpha canine training facility. "Nicole" is trained to detect the odors of cocaine, marijuana, heroin, methamphetamine, and their derivatives. Detective Haynes advised that, since "Nicole" began working at the Mesa Police Department, "Nicole" has had over 100 successful finds (both training finds and finds that have contributed to active investigations) of controlled substances and/or the proceeds from the sales of controlled substances.

## CONCLUSION

27. Based on these facts, there is probable cause to believe the four **SUBJECT PARCELS** described in Paragraph 4 above all contain controlled substances or proceeds from the sale of controlled substances, constituting evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance), and 846 (Conspiracy to Distribute a Controlled Substance).

Antoine Martel Digitally signed by Antoine Martel Date: 2021.07.09 15:47:01 -07'00'

ANTOINE MARTEL
United States Postal Inspector

Subscribed and sworn to ~~before me~~ telephonically on this 12 day of July, 2021.

HONORABLE MICHELLE H. BURNS
United States Magistrate Judge